UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,             CRIM. NO. 14-165 (MJD/JSM)

    Plaintiff,                                                         <u>ORDER</u>

v.

JAMES FRANCIS VOLIN,

    Defendant.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 14, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that

    Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 24], is **DENIED**.

Dated: October 29, 2014                        s/Michael J. Davis
                                                               MICHAEL J. DAVIS
                                                               Chief Judge
                                                               United States District Court